IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LEGACY MEDICAL CONSULTANTS, LP,    §
SUCCESSOR IN INTEREST TO LEGACY    §
MEDICAL CONSULTANTS, LLC    §
    §
     *Plaintiff,*    §
    §
v.    §    Civil Action No. _____
    §
FOOT & ANKLE DOCTORS, INC., WENDY    §
MOLINA, AND FARSHID NEJAD,    §
    §
     *Defendant.*    §

**APPENDIX TO DEFENDANTS'**
**MOTION TO DISMISS AND BRIEF IN SUPPORT**

COMES NOW Defendants Foot & Ankle Doctors, Inc., Wendy Molina, and Farshid Nejad

and file this their appendix to their Motion to Dismiss and Brief in Support.

| Ex. | Description | APP. Range |
|-----|-------------|------------|
| 1 | Declaration of Wendy Molina | 001-002 |
| 2 | Declaration of Farshid Nejad | 003-004 |

Respectfully submitted,

*/s/ Jordan M. Parker*
Jordan M. Parker
State Bar No. 15491400
jparker@canteyhanger.com
Derek Carson
State Bar No. 24085240
dcarson@canteyhanger.com
Michael Ackerman
State Bar No. 24120454
mackerman@canteyhanger.com

CANTEY HANGER LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
(817) 877-2800  Telephone
(817) 877-2807  Facsimile

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that on August 28, 2025, a true and correct copy of the foregoing was served on counsel for all parties via CM/ECF filing and via email.

*/s/ Michael Ackerman*
Michael Ackerman

# **EXHIBIT 1**

STATE OF CALIFORNIA                         §
                                                              §
COUNTY OF LOS ANGELES COUNTY    §

### **DECLARATION OF WENDY MOLINA**

My name is Wendy Molina, and I hereby declare as follows:

1.  I am over the age of eighteen years, am of sound mind, and am capable of making this declaration.  The facts stated herein are within my personal knowledge and are true and correct.

2.  I reside in the State of California and intend to remain there.

3.  I do not reside in the State of Texas and do not intend to reside there in the future.  I do not routinely travel to Texas.  I do not own real property or personal property located in Texas.  I do not transact business in Texas.

4.  I am employed by Foot & Ankle Doctors, Inc. ("FAD").  FAD is a corporation organized under the laws of the State of California with its principal place of business in California where I work.

5.  I communicated with representatives of Legacy Medical Consultants, LP ("LMC") via phone and email, but never face-to-face.  At all times during these communications, I was located in California.  Neither I nor anyone working on my behalf or on behalf of FAD ever traveled to Texas to negotiate with LMC, to sign a contract with LMC, to pick up goods from LMC, or to deliver payment to LMC.  Any goods FAD obtained from LMC were shipped to FAD in California.  I did not receive any goods from LMC other than goods received by FAD.

APP. 001

Docusign Envelope ID: 1841C7C0-436C-491E-B18F-2A61B317BE5C

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles County, California this 28th day of August 2025.

DocuSigned by:

*Wendy Molina*

D865D720C1EE44A...

Wendy Molina

APP. 002

# EXHIBIT 2

STATE OF CALIFORNIA                    §
                                       §
COUNTY OF LOS ANGELES                  §

## DECLARATION OF FARSHID NEJAD

My name is Farshid Nejad, and I hereby declare as follows:

1. I am over the age of eighteen years, am of sound mind, and am capable of making this declaration. The facts stated herein are within my personal knowledge and are true and correct.

2. I reside in the State of California and intend to remain there.

3. I do not reside in the State of Texas and do not intend to reside there in the future. I do not routinely travel to Texas. I do not own real property or personal property located in Texas. I do not transact business in Texas.

4. I am a fifty percent shareholder and employee of Foot & Ankle Doctors, Inc. ("FAD"). FAD is a corporation organized under the laws of the State of California with its principal place of business in California. FAD does not have an office in Texas, own real property or personal property in Texas, or do business in Texas. FAD does own a laboratory in Texas where it submits wound cultures for analysis. The lab leases office space where it houses and utilizes Polymerase Chain Reaction testing equipment. The lab had nothing to do with the transactions that are the subject of this action, and had no involvement nor contact with Legacy Medical Consultants, LP ("LMC") at any time.

APP. 003

5.  I communicated with representatives of LMC via phone, email and face-to-face.  At all times during these communications, I was located in California.  Neither I nor anyone working on my behalf or on behalf of FAD ever traveled to Texas to negotiate with LMC, to sign a contract with LMC, to pick up goods from LMC, or to deliver payment to LMC.  Any goods FAD obtained from LMC were shipped to FAD in California.  I did not receive any goods from LMC other than goods received by FAD.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Los Angeles County, California this 28th day of August 2025.

_Farshid Nejad, DPM_

Farshid Nejad

APP. 004