IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC<br>Plaintiff,<br><br>v.<br><br>FOOT & ANKLE DOCTORS, INC., WENDY MOLINA, AND FARSHID NEJAD<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-CV-00941-O |

**APPENDIX IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS**

Legacy Medical Consultants, LP ("Legacy" or "Plaintiff") hereby files this Appendix in

Support of Plaintiff's Response in Opposition to Defendants' Motion to Dismiss.

| Ex. | Description | App. Range |
|---|---|---|
| 1 | Declaration of Kim Bini | 001 – 003 |
| 2 | Order Denying Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, No. 4:25-cv-00319-P | 004 |

Dated:  October 2, 2025.

1

Respectfully submitted,

**BLANK ROME LLP**

*/s/ Megan A. Altobelli*
Gregory J. Moore (*NDTX admission pending*)
Texas Bar No. 24055999
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 M. Altobelli Direct
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

**Certificate of Service**

I certify that a true and correct copy of the foregoing document has been served on all parties and counsel of record on October 2, 2025, via the Court's CM/ECF filing system in accordance with Fed. R. Civ. P. 5(b)(2).

By: */s/ Megan A. Altobelli*
Megan A. Altobelli

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC<br>Plaintiff,<br><br>v.<br><br>FOOT & ANKLE DOCTORS, INC., WENDY MOLINA, AND FARSHID NEJAD<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-CV-00941-O |

## DECLARATION OF KIMBERLY R. BINI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

I, Kimberly R. Bini, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am over the age of 18, am legally and mentally competent, and am capable of making this declaration on behalf of Legacy Medical Consultants, LP ("Legacy"). The facts stated in this declaration are within my personal knowledge and are true and correct.

2.      I am the Director of Credit and Collections at Legacy. I am also a Texas resident.

3.      I am the duly authorized representative of Legacy. I acquired personal knowledge of the facts set forth herein through my role as Director of Credit and Collections and my review of the relevant invoices, agreements, and payment records.

4.      I submit this declaration in support of Legacy's Opposition to Defendants' Motion to Dismiss.

5.      Between February 9 and April 1, 2024, Defendants Foot & Ankle Doctors, Inc. ("Foot & Ankle"), Wendy Molina ("Molina"), and Farshid Nejad ("Nejad") (together, "Defendants") entered into two (2) agreements with Legacy (the "Agreements").

1

APP 001

6.      Both Agreements between Legacy and Defendants were executed by Legacy in Fort Worth, Texas. The negotiation, processing, and fulfillment of Defendants' orders were conducted by Legacy employees based in Fort Worth, Texas. All products sold to Defendants were stored, packed, and shipped from Legacy's Fort Worth, Texas headquarters.

7.      Current Legacy employee, Nichole Infinger, signed both Agreements on Legacy's behalf. At the time, Nichole Infinger was the Contract and Document Administrator and worked out of Legacy's Fort Worth, Texas headquarters. Now she serves as Legacy's Client Relationship Manager. She also lives in the Fort Worth, Texas area.

8.      Each of the Agreements between Legacy and Defendants contain a Texas choice-of-law provision, and Legacy's performance under the agreements occurred in Texas.

9.      Per the terms of the Agreements, Legacy agreed to sell, and Defendants agreed to purchase, human cell and tissue products for Defendants to administer to patients as medically necessary.

10.     Defendants would submit an order form to Legacy for human tissue product. Legacy's employees, working from Legacy's Fort Worth, Texas headquarters, would then generate an order statement reflecting the terms of the purchase.

11.     Legacy would then promptly pack and ship the products from its Fort Worth, Texas headquarters to Defendants.

12.     Between February 9 and September 12, 2024, Defendants placed 191 orders, for one or more products at a time, with Legacy, amounting to $3,185,812 worth of Legacy products. Each order was processed, packed, and shipped from Fort Worth, Texas.

13.     Legacy packed and shipped the products from its Fort Worth, Texas headquarters to Defendants.

14.    Defendants remitted $914,984 in payments directly to Legacy's Texas bank account. Additionally, Legacy received email communications from Defendants, and Defendant returned $216,382.99 worth of Legacy products to Legacy's Fort Worth, Texas headquarters, further evidencing their purposeful contacts with Texas.

15.    Based on Legacy's records and the agreements, Defendants Nejad and Molina acted both individually and as points of contact for Defendant Foot & Ankle. The Agreements were executed by either Defendant Molina or Nejad, and Legacy's understanding is that Defendants Nejad and Molina personally benefited from the products and the business relationship.

16.    Legacy provided valuable products and services to Defendants in reliance on her promises of payment. To date, Defendants have failed to pay the outstanding balance of $2,108,297. Legacy's claims for breach of contract, and in the alternative, for quantum meruit, promissory estoppel, and unjust enrichment, are based on the same set of facts, and Legacy does not know whether Defendants will dispute the validity or enforceability of the agreement.

17.    Defendants have not paid the full amounts owed and is delinquent on the liquidated balance of $2,108,297.

18.    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

KIMBERLY R. BINI
Director of Credit and Collections
Legacy Medical Consultants, LP

3

APP 003

# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

LEGACY MEDICAL CONSULTANTS, LP,
SUCCESSOR IN INTEREST TO LEGACY
MEDICAL CONSULTANTS, LLC,

    Plaintiff,

v.                                                                No. 4:25-cv-00319-P

CRISTI LEEBERG D/B/A PRACTITIONERS
IN MOTION, PLLC,

    Defendants.

### ORDER

Before the Court is the Defendant's Motion to Dismiss Amended Complaint Or, in the Alternative, Transfer ("Motion"). ECF No. 15. Having reviewed the Motion, docket entries, and applicable law, the Court finds that the Motion should be and is **DENIED**.

**SO ORDERED** on this **4th day of June 2025.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE

APP 004