IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEGACY MEDICAL CONSULTANTS, LP, SUCCESSOR IN INTEREST TO LEGACY MEDICAL CONSULTANTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FOOT & ANKLE DOCTORS, INC.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:25-CV-00941-O |

**APPENDIX IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS
<u>DEFENDANT'S COUNTERCLAIMS</u>**

Plaintiff Legacy Medical Consultants, LP ("Plaintiff") hereby files this Appendix in

Support of Plaintiff's Motion to Dismiss Defendant's Counterclaims as follows:

| Ex. | Description | App. Range |
|---|---|---|
| A | Email from Roger Chasteen to Defendant and Attached Onboarding Documents | APP. 001 – 053 |
| B | Email from Alex Poulemanos to Defendant and Attached Written Summary of the Benefit Assurance Program | APP. 053 – 057 |

Dated: March 31, 2026

1

Respectfully submitted,

/s/ *Megan A. Altobelli*
Gregory J. Moore
Texas Bar No. 24055999
Audrey F. Momanaee
Texas Bar No. 24055993
Fed Bar No. 724132
717 Texas Avenue, Suite 1400
Houston, Texas 77002
(713) 632-8613
Gregory.Moore@BlankRome.com
Audrey.Momanaee@BlankRome.com

-and-

Megan A. Altobelli (local counsel)
Texas Bar No. 24107116
200 Crescent Court, Suite 1000
Dallas, Texas 75201
(972) 850-1467 (M. Altobelli Direct)
Megan.Altobelli@BlankRome.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served on all parties and counsel of record through the Court's CM/ECF filing system on this 31st day of March 2026, in accordance with the Fed. R. Civ. P. 5(b)(2).

/s/ *Megan A. Altobelli*
Megan A. Altobelli

2

# EXHIBIT A

| From: | Roger Chasteen <roger@advancedmedicaladministration.com> |
|---|---|
| Sent: | Monday, February 5, 2024 8:41 PM CST |
| To: | Farshid Nejad <DrNejad@footnankledoc.com> |
| Subject: | Legacy Impax |
| Attachments: | IVR portal for Clinics.pdf, LegacyIVRForm_AW_v5 2-2024.pdf, Impax_Reimbursement-Guide_v5_.pdf, COD_Purchase_Agmnt_Impax_40_pct__1.1.2024 Fillable (1) (1).pdf, Impax_CaseStudy_1_v11 (1).pdf, Impax_CaseStudy_2_v3 (1).pdf, ImpaxOrderForm_FillablePricing (1) (2) (1).pdf |

Dr. Nejad,

It was great meeting you today. I look forward to meeting you in person one day. Joe speaks very highly of you and his longtime friendship.

Attached are several documents to get started with Legacy. You will need to fill out the Customer Online Boarding document. This will open the account with Legacy. An Onboarding Specialist will be contacting your office and setting up your clinic to order grafts. This document states Net 60 payment terms. Also attached is the IVR to be used when ordering grafts. The IVR is important as it starts the Assurance Program for any grafts not paid by Medicare. There is a training document for the IVR portal as well as a PDF for faxing to Legacy.

There are a couple of case studies included. The Impax graft continues to be one of the leading grafts on the market today.

I will also be sending a couple of more grafts for your review from Legacy as well as from Sky.

I look forward to a great working relationship and supporting you and your staff.

My cell is listed below and feel free to use it.

Roger


Roger Chasteen | **Advanced Medical Administration** | CEO
4613 East 91st Street  Tulsa, Oklahoma 74137
Cell 918.638.1700



NOTICE: This communication may contain confidential information intended for the named recipient(s) only. If you received this by mistake, please destroy it and notify us of the error.

APP.002

F&A_002577

DISCLOSURE: Any tax, legal, medical, claim or health advice included in this email is specifically limited to the stated facts and issues.

PHI HIPAA & HITECH Act Compliance Statement: This communication may contain confidential Protected Health Information. This information including any attachment is intended only for the use of the individual or entity to which it is addressed. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its stated need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance on the contents of these documents is STRICTLY PROHIBITED by federal law. If you have received this information in error, please notify the sender immediately and delete this transmission.

APP.003

F&A_002578

# Patient Insurance Verification and Prior Authorization Request Form

**LEGACY MEDICAL** CONSULTANTS

❑ New patient     ❑ Re-verification     ❑ Additional applications     ❑ New insurance

Sales representative name _____

## Patient and Insurance Information

Patient name _____     Date of birth _____

Address _____     City _____     State _____     Zip _____

Is the patient currently residing in a skilled nursing facility?  ❑ Yes  ❑ No     If yes, is the patient covered under a Part A stay?  ❑ Yes  ❑ No

**If patient is currently under a surgical global period, please indicate date and procedure completed**

Procedure (CPT) code(s) _____     Date of procedure _____

| | | |
|---|---|---|
| Primary insurance | Policy # | Payer phone |
| Secondary insurance | Policy # | Payer phone |
| Tertiary insurance | Policy # | Payer phone |
| Workers comp claim # | Adjuster name | Adjuster phone |

## Physician and Facility Information

| | |
|---|---|
| Physician name | Physician specialty |
| NPI # | Medicare (PTAN) provider # |
| Tax ID | Medicaid provider # |
| Office contact | Phone            Fax |

**Treating facility place of service (POS)**
❑ Hospital-based outpatient wound department (HOPD – POS 22)     ❑ Ambulatory surgery center (ASC – POS 24)
❑ Physician office (POS 11)
❑ Other (please specify, e.g. critical access hospital or POS 19 off-campus) _____

| | | | |
|---|---|---|---|
| Facility name | | | |
| Facility address | City | State | Zip |
| NPI # | Tax ID | | |

Medicare contractor (MAC) and Provider ID (PTAN) for claims processing _____

## Product and Treatment Information

Product:   ❑ (Q4253) Zenith    ❑ (Q4262) Impax    ❑ (Q4268) SurGraft FT    ❑ (Q4276) Orion    ❑ (Q4173) PalinGen    ❑ (A2001) InnovaMatrix

Application codes: 15271 – 15274 for wounds on the trunks, arms, and/or legs
                               15275 – 15278 for wounds on the face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits

Anticipated treatment start date _____     Number of applications _____     Frequency _____

Total surface area of all wounds _____

| **Diabetic foot ulcer** | **Venous leg ulcer** | **Pressure ulcer or chronic wound** | **Other** |
|---|---|---|---|
| E code | I code | L code | |
| L code | L code | | |

*regarding such products; and (b) authorizing the payer to disclose PHI to Legacy Medical and its contractors for the purposes of determining benefit coverage.*

Provider signature _____     Date _____

# Please send form along with a copy of the front and back of patient's insurance card to sunderwood@prodatamgmt.com or fax to (866) 205-0732.

If further assistance is needed, please contact IVR Support Team at (919) 249-7293 for additional support.

**LEGACY MEDICAL** CONSULTANTS

Disclaimer: Legacy Medical offers insurance verification as an information service only. Information gathered during the requested research will be provided by the insurer or third-party payer. Results of this research are not a guarantee of coverage or reimbursement in the future. Legacy Medical disclaim liability for payment of any claims, benefits, or costs.

APP.004

F&A_002628



# Impax
## Order Form

| Requesting Provider | Provider Phone |
|---|---|
| Email | Order Date |
| Patient Name | Date of Service |
| Shipping Address | |

## Impax Ordering Information

| PRODUCT NUMBER | DESCRIPTION | INVOICE PRICE | QUANTITY |
|---|---|---|---|
| IMP-0202 | Impax 2x2cm (Q4262) | | |
| IMP-0203 | Impax 2x3cm (Q4262) | | |
| IMP-0404 | Impax 4x4cm (Q4262) | | |
| IMP-0406 | Impax 4x6cm (Q4262) | | |
| IMP-0408 | Impax 4x8cm (Q4262) | | |

### Email form to CustomerService@LegacyMedicalConsultants.com

**Order & Customer Support Contact Details**
Phone: (817) 961-1288 | Fax: (866) 300-0431
www.legacymedicalconsultants.com | customerservice@legacymedicalconsultants.com



**LEGACY MEDICAL**
CONSULTANTS

APP.005

F&A_002627



# Customer Onboarding Document

**LEGACY MEDICAL**
CONSULTANTS

### Customer Information

Distributor: _____
Name: _____
Email: _____
Cell: _____

PROVIDER NAME: _____ Tax ID #: _____

PRACTICE NAME: _____

SHIP TO ADDRESS: _____ City _____ State ____ Zip _____

CONTACT NAME: _____

CONTACT PHONE: _____

TELEPHONE: _____

FAX: _____

EMAIL: _____

HOW DO YOU BILL?    Individual NPI #: _____    Group NPI #: _____

BILL TO ADDRESS: _____ City _____ State ____ Zip _____

AP CONTACT NAME: _____

AP PHONE: _____

AP EMAIL: _____

---

### CLAIMS PROCESSOR INFORMATION

CONTACT NAME:                          EMAIL:                          TELEPHONE:

---

**Fax Form to (866) 300-0431 or email to NewCustomer@LegacyMedicalConsultants.com**

LMC Rev 01.01.2024
Page 1|4

APP.006

**F&A_002622**


**LEGACY MEDICAL**
CONSULTANTS

# Purchase Agreement

This Purchase Agreement (the "Agreement") is entered into as of this _____ day of _____ , 20____ (the "Effective Date") between Legacy Medical Consultants and

Provider Name:  _____

Office Address:  _____

_____

("Customer").

## Background

The Customer wishes to purchase, and Legacy Medical Consultants has agreed to sell to Customer human cell and tissue products, subject to the following terms.

Now, therefore, the parties agree as follows:

1. **Product Prices.** Product mean the human cell and tissue products offered by Legacy Medical Consultants as described in Schedule A, as such Schedule A may be modified from time to time. The Invoice Price for each Product is the price stated for that Product in Schedule A.

2. **Insurance Verification.** Customer agrees to utilize Legacy Medical Consultants' Insurance Verification Request form (IVR) prior to ordering and using Products.

3. **Order Fulfillment.** After Customer submits an IVR and receives confirmation of patient's benefits, the Customer places an order and Legacy Medical Consultants accepts the order and generates an Invoice, which will reflect that the Customer has agreed to purchase the Products identified on the Invoice and the terms of the purchase. Legacy Medical Consultants shall, on Customer's behalf, promptly pack and ship the Products identified on the Invoice for delivery to the Customer using second-day delivery. Legacy Medical Consultants shall provide delivery status information from the carrier to the Customer for shipment.

4. **Product Usage.** After receiving Product(s), Customer will treat the patient as medically necessary. Customer and Legacy Medical Consultants acknowledge that use of any Product is at the sole discretion of the treating provider, pursuant to his or her professional medical judgement.

5. **Purchase Price.** See Schedule A.  Customer agrees to fully and accurately report all amounts paid and discounts earned hereunder to Medicare, Medicaid and all other federal and state health care programs and third-party payers as required by the discount safe harbor to the anti-kickback statute, 42 CFR 1001.952(h), and other applicable laws or agreements, and to provide copies of this Agreement and all other applicable information provided by Legacy Medical Consultants related to this Agreement and the amounts paid and discounts earned hereunder to representatives of these programs and other third-party payers upon their request.

6. **Invoices & Payment.** Legacy Medical Consultants will develop and deliver an Invoice to Customer that identifies the Products ordered are shipped.  Customer agrees to pay Legacy Medical Consultants the balance due amount stated in each Invoice within sixty (60) days after product shipment. Customer will access Invoices and make payments through the LMC Payments Portal (**https://app02.us.bill.com/p/legacymedicalconsultants**). Customer will input their banking and credit card information in the LMC Payments Portal.

APP.007

F&A_002623



**LEGACY MEDICAL**
CONSULTANTS

# Purchase Agreement

7. **Miscellaneous.** This Agreement contains the entire agreement between the Parties concerning the subject matter hereof and is governed by Texas law. This agreement may be amended or modified only by a written agreement signed by both parties.

Executed as of the Effective Date.

## Legacy Medical Consultants

Staff Signature: _____

Staff Name (printed): _____

## Customer

Customer Signature: _____

Customer Name (printed): _____

APP.008

F&A_002624



# Schedule A
## Effective 1/1/2024

### Legacy Medical Consultants, LP -- Products and Prices

|  | Part Number | Description | Invoice Price |
|---|---|---|---|
| **IMPAX MEMBRANE** | IMP-0202 | Impax 2x2cm (Q4262) | $2,810.28 |
|  | IMP-0203 | Impax 2x3cm (Q4262) | $4,215.42 |
|  | IMP-0404 | Impax 4x4cm (Q4262) | $11,241.12 |
|  | IMP-0406 | Impax 4x6cm (Q4262) | $16,861.68 |
|  | IMP-0408 | Impax 4x8cm (Q4262) | $22,482.24 |

APP.009

F&A_002625

# Case Study

## Impax™ Dual Layer Membrane

*Case presented by Jacob Fassman, DPM; Podiatrist;*
*Colorado Foot and Ankle; Colorado Springs, CO*

**A 74 YEAR OLD MALE** with a history of diabetes, GERD, COPD, hypertension, atrial fibrillation, and hypercholesterolemia presented for an urgent visit due to left lower extremity ulcerations. The patient has a history of venous insufficiency and venous ulcerations.

Location: **Left leg**
Wound type: **Venous ulcer**
Weeks to resolution: **4**
Total number of Impax applications: **3**



Sizes: (A) **6 x 4.5 x 0.1 cm** | (B) **2.5 x 3 x 0.1 cm**

**INITIAL VISIT** Incision, draining, and debridement, with Impax to be applied at next follow-up



Sizes: (A) **6 x 4.5 x 0.1 cm** | (B) **2.5 x 3 x 0.1 cm**

**WEEK 1** After sharp excisional debridement, application of 4 x 8 cm Impax



Sizes: (A) **3 x 1.8 x 0.1 cm** | Volume reduced: **80%**
(B) **2.5 x 2 x 0.1 cm** | Volume reduced: **33.3%**

**WEEK 2** Patient tolerating Impax well; a second 4 x 8 cm Impax is applied



Sizes: (A) **Wound resolved**
(B) **1.5 x 1 x 0.1 cm** | Volume reduced: **70%**

**WEEK 3** Patient is improving; a third 4 x 4 cm Impax is applied, after which wounds are completely healed at fourth week follow-up

APP.010



**LEGACY MEDICAL CONSULTANTS**

Results of this case study are provided by a qualified healthcare clinician. Results may vary.
Please refer all clinical questions to your healthcare provider. Product details and inquiries are available at:

ICS1-0623 REV A

**(817) 961-1288 | www.legacymedicalconsultants.com | customerservice@legacymedicalconsultants.com**

F&A_002621

# Case Study

## Impax™ Dual-Layer Amniotic Graft

*Case presented by Jacob Fassman, DPM; Podiatrist;
Colorado Foot and Ankle; Colorado Springs, CO*

**A 70 YEAR OLD FEMALE** with osteoarthritis, hypertension, and neuropathy presented with three pressure/neuropathic ulcers on right foot that had been present for four months with a history of infection. Treated at wound clinic without significant improvement. Referred to vascular specialist who determined adequate blood flow for healing and no significant PAD.

Location: **Right foot**
Wound type: **Pressure/neuropathic ulcer**
Weeks to resolution: **13**
Total number of Impax applications: **6**



(A) **0.9 x 0.8 x 0.3 cm**
(B) **4.6 x 3.3 x 0.2 cm**
(C) **2 x 1.2 x 0.3 cm**

**INITIAL VISIT** Post-debridement applied 2 x 2 cm Impax to all wounds



(A) **0.2 x 0.3 x 0.2cm | Reduced 94%**
(B) **1.1 x 0.5 x 0.2 cm | Reduced 96%**
(C) **0.6 x 0.8 x 0.3 cm | Reduced 80%**

**2-WEEK VISIT** Post-debridement applied 2 x 2 cm Impax to all wounds



(A) **Wound resolved**
(B) **1.8 x 0.4 x 0.1 cm | Reduced 35%**
(C) **0.3 x 0.6 x 0.3 cm | Reduced 63%**

**6-WEEK VISIT** After surgery to remove infected bone and resolution of infection; post-debridement applied 2 x 2 cm Impax to all wounds



(B) **1.1 x 0.4 x 0.1 cm | Reduced 39%**
(C) **0.3 x 0.4 x 0.2 cm | Reduced 56%**

**8-WEEK VISIT** Post-debridement applied 2 x 2 cm Impax to all wounds



(B) **0.5 x 0.1 x 0.1 cm | Reduced 89%**
(C) **0.6 x 1 x 0.2 cm | Increased 400%**

**10-WEEK VISIT** Post-debridement applied 2 x 2 cm Impax to all wounds



(B) **Wound resolved**
(C) **0.4 x 0.6 x 0.3 cm | Reduced 40%**

**12-WEEK VISIT** Post-debridement applied 2 x 2 cm Impax to wound; **all wounds resolved at week 13**

APP.011


LEGACY MEDICAL CONSULTANTS

Results of this case study are provided by a qualified healthcare clinician. Results may vary. Please refer all clinical questions to your healthcare provider. Product details and inquiries are available at:

ICS2-0923 REV A

**(817) 961-1288 | www.legacymedicalconsultants.com | customerservice@legacymedicalconsultants.com**

F&A_002626

# Title: Guide to Setting up an Account and Submitting an IVR



**1**  Navigate to
https://www.legacywebportal.com/Open?id=50687&uid=23&type=open

**2**  Click "Account Setup"

Medicare Payor Setup    📄 Items    📄 Forms

Edit    +
Add Dis

✎ Ed

Patients  📄  View Orders  📄  Mark as Performed  🏠  Account Setup

₹ Team

in each IVR Status Below.

ne

🔁    + Add New IVR

APP.012

F&A_002598

**3**    Click "Add Physician"



**4**    You will want to click "Save"



APP.013

2

F&A_002599

**5**     Click "User Access"



**6**     Click "Add New User Login"



APP.014

F&A_002600

**7**    Click this checkbox.



**8**    Click this checkbox.



APP.015

F&A_002601

**9**    Click "Save"



**10**    Click "IVR's" This will be the clinics home screen when you click "IVR"



APP.016

F&A_002602

**11**    Click "Add New IVR"



**12**    work through the patient information, all is required but Med Rec #



Made with Scribe - https://scribehow.com

**13** Type "lastname **tab** first **tab** fake address **tab** fake **tab** tx **tab** 76020 **tab tab** 01/01/1959 **tab**"

**14** Double-click this dropdown.

in the past 100 days? ☐YES
ease attach a minimum of four weeks of clinical notes.)? ☐YES

| Firstname | | 👤 Physician | NPI |
|---|---|---|---|
| first | | SMITH, JOHN | ⌄  12563 |

📇 Insurance        ⦿Primary Only ◯Primary with Secondary

| | State  Zipcode | (If not in the list, click on Add Payor to the right) |
|---|---|---|
| | tx    76020 | **Primary Payor** |
| | | MEDICARE CMS RED/WHITE/BLUE [CMS] |

℧ Procedure (CPT) Codes / Diagnosis (ICD) Codes

APP.018

F&A_002604

**15**  Click "Primary with Secondary" If they have both, if they only have Primary select Primary only



(CPT) Codes / Diagnosis (ICD) Codes

**16**  Click "Add New Payor" to find insurance plan. # characters is Ideal



APP.019

F&A_002605

**17**    Click this text field.



**18**    Type "AET **enter**" name of plan for Aetna

APP.020

F&A_002606

**19**    Click "Add Payor"



**20**    Click this dropdown.



APP.021

F&A_002607

**21**    Click this text field.



**22**    Type Member Number

APP.022

F&A_002608

**23**    Click this dropdown. Product selection



**24**    Click here. to add to IVR



APP.023

F&A_002609

**25**　Click "CLICK HERE TO ADD PROCEDURE"

| MEDICARE CMS RED/WHITE/BLUE [CMS] | ⌄ | kj299747jlj |
|---|---|---|
| **Secondary Payor** | | Member ID |
| AETNA [AETNA] | ⌄ | 12344556 |

(CPT) Codes / Diagnosis (ICD) Codes

THERE ARE NO PROCEDURE CODES AT THIS TIME

CLICK HERE TO ADD PROCEDURE

**26**　Click this dropdown. Refer the Clinics to the reimbursement guides



Made with Scribe - https://scribehow.com

F&A_002610

**27**    Click this text field.



**28**    Type "e **enter**"

Made with Scribe - https://scribehow.com                                                                14

F&A_002611

**29**    Find the code you are needing



**30**    Add as many codes as you feel you need.



APP.026

F&A_002612

**31**     Click on the code you are wanting.



**32**     Click here. All ICD Codes will save



APP.027

F&A_002613

**33**    Click this file field. All documents must be PDF's. If you have 2 insurances it will require you have two PDF's uploaded.



**34**    Click "Attach File"



APP.028

F&A_002614

**35**    Click this dropdown. Choose Primary



**36**    Click "Save File"



APP.029

F&A_002615

**37**    Click this file field.



**38**    Click "Attach File"



APP.030

F&A_002616

**39**    Click this dropdown. Choose Secondary



**40**    Click "Save File"



APP.031

F&A_002617

**41**   Click "Finish: Preview and Submit IVR"





**42**   You will click Submit. I hit the X as I do not want to sumbit this IVR.



APP.032

F&A_002618

**43**    Click "Denied IVR" Show them Denied IVR

**44**    Click "View" A new window will Open. If a new window does not open its because what ever device you are working on has a pop up blocker set up. Enable those pop ups.



Made with Scribe - https://scribehow.com

APP.033

22

F&A_002619

**45** This is the summary box of why it was either denied or approved. Notice our coding is incorrect. We can edit this IVR by sending back to pending IVR and Make changes.

**46** Click "Close IVR"



F&A_002620



# Impax
### Amniotic Membrane Allograft

# 2024
# Reimbursement Guide

Distributed by:



LEGACY MEDICAL
CONSULTANTS

APP.035

F&A_002579



## Reimbursement Disclaimer

*This information is for educational/informational purposes only and should not be construed as authoritative. The information presented here is based upon publicly available source information. Codes and values are subject to frequent change without notice. The entity billing Medicare and/or third-party payors is solely responsible for the accuracy of the codes assigned to the services or items in the medical record. When making coding decisions, we encourage you to seek input from the AMA, relevant medical societies, CMS, your local Medicare Administrative Contractor, and other health plans to which you submit claims. Items and services that are billed to payors must be medically necessary and supported by appropriate documentation. It is important to remember that while a code may exist describing certain procedures and/or technologies, it does not guarantee payment by payors.*

## General Reimbursement and Coding

Reimbursement and coverage eligibility for the use of Impax Amniotic Membrane and associated procedures varies by Medicare and Private Payers. Coverage policies, prior authorizations, contract terms, billing edits, and site of service influence reimbursement.

### Place of Service (POS) Codes

POS codes are 2-digit numbers included on health care professional claims to indicate the setting in which a service was provided. The Centers for Medicare and Medicaid Services (CMS) maintain POS codes used throughout the healthcare industry. Listed below are POS and descriptions that typically apply to our products. These codes should be used on professional claims to specify the entity where service(s) were rendered. Check with individual payors for reimbursement policies regarding these codes.

### Place of Service Code 11 — Office

(Location other than a hospital, skilled nursing facility (SNF), military treatment facility, community health center, State or Local public health clinic, or intermediate care facility (ICF), where the health professional routinely provides health examinations, diagnosis, and treatment of illness or injury on an ambulatory basis).

### Place of Service Code 12 — Home

(Location, other than a hospital or other facility, where the patient receives care in a private residence.)

### Place of Service Code 32 — Nursing Facility

A facility which primarily provides to residents skilled nursing care and related services for the rehabilitation of injured, disabled, or sick persons, or, on a regular basis, health-related care services above the level of custodial care to other than individuals with intellectual disabilities.)

APP.036

F&A_002580



## General Reimbursement and Coding

### CPT® Coding

The Current Procedural Terminology (CPT) code set describes medical, surgical, and diagnostic services and is designed to communicate uniform information about medical services and procedures among physicians, coders, patients, accreditation organizations, and payers for administrative, financial, and analytical purposes.

| CPT® | DESCRIPTIONS FOR APPLICATION OF SKIN SUBSTITUTES |
|---|---|
| 15271 | Application of skin substitute graft to trunk, arms, legs, total wound surface area up to 100 sq cm; first 25 sq cm or less wound surface area |
| +15272 | Each additional 25 sq. cm up to 100 sq. cm wound surface area, or part thereof. List separately in addition to code 15271 for primary procedure. |
| 15273 | Application of skin substitute graft to trunk, arms, legs, total wound surface area greater than or equal to 100 sq. cm; first 100 sq. cm wound surface area, or 1% of body area of infants and children |
| +15274 | Each additional 100 sq. cm wound surface area or part thereof, or each additional 1% of body area of infants and children or part thereof. List separately in addition to code 15273 for primary procedure. |
| 15275 | Application of skin substitute graft to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits, total wound surface area up to 100 so. cm; first 25 cm or less wound surface area |
| +15276 | Each additional 25 sq. cm wound surface area, or part thereof. List separately in addition to code 15275 for primary procedure. |
| 15277 | Application of skin substitute graft to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits, total wound surface area greater than or equal to 100 sq. cm; first 100 sq. cm wound surface area, or 1% of body area of infants |
| +15278 | Each additional 100 sq. cm wound surface area, or part thereof. List separately in addition to code 15277 for primary procedure. |

### CPT® Codes 15271-15278:

- Billing Units = 1 unit per service for CPT® 15271, 15273, 15275 and 15277 (daily limitations apply)
- Add-on codes 15272, 15274, 15276 and 15278 are billed as 1 unit for each additional amount of graft material as specified; either each additional 25 cm2 or 100 cm2 applied

**Add-on Codes:** The + symbol signifies an add-on code. An add-on code cannot be used alone but must be billed with the initial code above it. Please check the CPT® 2022 coding book for further instructions.

**Review the Appropriate Wastage Modifiers:** When there isn't any product wastage, append the JZ modifier to the HCPCS code. When a portion of the graft is wasted, append the JW modifier to the line item with the HCPCS code noting the amount discarded.

APP.037

F&A_002581



## General Reimbursement and Coding

### ICD-10® Codes

It is recommended that providers select the most specific primary and secondary diagnosis codes to accurately describe the reason the wound is not healing properly, and codes that indicate the wound is chronic and describe the location, severity, and laterality (for lower extremity ulcers).

### Example of specific Diabetic Foot Ulcers (DFUs) codes:

- Primary diagnosis: E11.621, type 2 diabetes mellitus with a foot ulcer
- Secondary diagnosis: L97.522, non-pressure chronic ulcer of other part of left foot with fat layer exposed

### Example of specific Venous Leg Ulcers (VLUs) codes:

- Primary diagnosis: I87.312, chronic venous hypertension (idiopathic) with ulcer of left lower extremity
- Secondary diagnosis: L97.222, non-pressure chronic ulcer of left calf with fat layer exposed

## Important Billing Instructions

**Impax Amniotic Membrane (Q4262) is included on the Medicare Part B Average Sales Price (ASP) Drug Pricing File published quarterly by the Centers for Medicare and Medicaid Services (CMS)**

- Average Sales Price information is published quarterly by the Centers for Medicare and Medicaid Services (CMS) in the ASP Medicare Part B Drug Pricing File or Not Otherwise Classified (NOC) Pricing File. Providers are encouraged to review the ASP Pricing files posted quarterly by CMS and listed by HCPCS on CMS.gov for updates.
- Payment allowance limits that are not included in the ASP Medicare Part B Drug Pricing File or Not Otherwise Classified (NOC) Pricing File, are based on the published Wholesale Acquisition Cost (WAC) or invoice pricing. In determining the payment limit based on WAC, the contractors follow the methodology specified in Publication. 100-04, Chapter 17, Drugs and Biologicals, for calculating the Average Wholesale Price (AWP), but substitute WAC for AWP.
- Providers are encouraged to check with their local MACs for information on established rates
- Providers are also encouraged to check with payers to determine if an invoice is required to be submitted with the claim and/or in Box 19 of the CMS-1500 claim form.
- Providers should check with local payers regarding appropriate use of modifiers.

Physicians should report all surgical and medical services performed, and are responsible for determining which CPT® code(s) appropriately.

APP.038

F&A_002582



**Procedure Codes for Application of Skin Graft Substitutes References**

### 2024 MEDICARE NATIONAL AVERAGE PAYMENT

| CPT® CODE[2] | DESCRIPTION | PHYSICIAN OFFICE[3] | PHYSICIAN SERVICES IN HOPPS/ASC |
|---|---|---|---|
| 15271 | App of skin sub to trunk, arms, legs, up to 100 sq. cm; 15 25 sq. cm | $151.61 | $81.86 |
| +15272 | Each additional 25 sq. cm | $24.23 | $16.37 |
| 15273 | App of skin sub to trunk, arms, legs to > 100 sq. cm, 1st 100 sq. cm | $303.21 | $189.92 |
| +15274 | Each additional 100 sq. cm | $79.57 | $43.22 |
| 15275 | App of skin sub to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, multiple digits up to 100 sq. cm; 1st 25 sq. cm | $156.19 | $90.70 |
| +15276 | Each additional 25 sq. cm | $31.76 | $24.23 |
| 15277 | App of skin sub to face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, multiple digits 100 sq. cm | $334.65 | $216.44 |
| +15278 | Each additional 25 sq. cm | $92.99 | $54.03 |

**Coinsurance/Deductibles:**

As with all products and services paid for under Medicare Parts A & B, Medicare will reimburse 80 percent of the allowable amount. The patient, or secondary/supplemental plan, is responsible for the remaining 20 percent coinsurance amount. The appropriate annual deductibles also apply.

**Sequestration:**

Since April 1, 2013, all Medicare claims with a date-of-service on or after April 1, 2013 are subjected to a 2 percent sequestration amount, which remains in effect in the U.S. budget until 2022. Please note, the 2 percent is deducted from the 80 percent allowable amount paid by Medicare and not the coinsurance amount.

**Geographic Practice Cost Index (GPCI):**

The Medicare physician fee schedule amounts are adjusted to reflect the variation in practice costs from area to area. A GPCI has been established for every Medicare payment locality based on the RVUs for work, practice expense, and malpractice. The GPCIs are applied in the calculation of a fee schedule payment amount by multiplying the RVU for each component times the GPCI for that component.

*Procedure coding should be based upon medical necessity, procedures and supplies provided to the patient. Coding and reimbursement information is provided for educational purposes and does not assure coverage of the specific item or service in a given case. Stability Biologics makes no guarantee of coverage or reimbursement of fees. These payment rates are nationally unadjusted average amounts and do not account for differences in payment due to geographic variation. Contact your local Medicare Administrative Contractor (MAC) or CMS for specific information as payment rates listed are subject to change. To the extent that you submit cost information to Medicare, Medicaid or any other reimbursement program to support claims for services or items, you are obligated to accurately report the actual price paid for such items, including any subsequent adjustments. CPT five-digit numeric codes, descriptions, and numeric modifiers only are Copyright AMA. (Updated January 2022)*

APP.039

F&A_002583



## Common ICD-10-CM Diagnosis Code Reference

The following chart provides some of the common diagnoses and ICD-10-CM codes that may require skin substitute grafts as a treatment option. This partial list is provided only for reference and does not represent any particular case or suggested treatment. Not all options are presented here, and the provider is always responsible for the assignment of the actual diagnosis codes as documented in the medical record.

| CODE | DESCRIPTION (These are common codes, not an exhaustive list.) |
|---|---|
| **DIABETIC ULCER CODES** | |
| E08.621 | Diabetes mellitus due to underlying condition with foot ulcer |
| E08.622 | Diabetes mellitus due to underlying condition with other skin ulcer |
| E09.621 | Drug or chemical induced diabetes mellitus with foot ulcer |
| E09.622 | Drug or chemical induced diabetes mellitus with other skin ulcer |
| E10.621 | Type 1 diabetes mellitus with foot ulcer |
| E10.622 | Type 1 diabetes mellitus with other skin ulcer |
| E11.621 | Type 2 diabetes mellitus with foot ulcer |
| E11.622 | Type 2 diabetes mellitus with other skin ulcer |
| E13.621 | Other specified diabetes mellitus with foot ulcer |
| E13.622 | Other specified diabetes mellitus with other skin ulcer |
| **VARICOSE VEINS OF LOWER EXTREMITY** | |
| I83.012 | Varicose veins of right lower extremity with ulcer of calf |
| I83.013 | Varicose veins of right lower extremity with ulcer of ankle |
| I83.014 | Varicose veins of right lower extremity with ulcer of heel and midfoot |
| I83.015 | Varicose veins of right lower extremity with ulcer other part of foot |
| I83.018 | Varicose veins of right lower extremity with ulcer other part of lower leg |
| I83.022 | Varicose veins of left lower extremity with ulcer of calf |
| I83.023 | Varicose veins of left lower extremity with ulcer of ankle |
| I83.024 | Varicose veins of left lower extremity with ulcer of heel and midfoot |
| I83.025 | Varicose veins of left lower extremity with ulcer other part of foot |
| I83.028 | Varicose veins of left lower extremity with ulcer other part of lower leg |
| **POSTTHROMBOTIC SYNDROME LOWER EXTREMITY** | |
| I87.011 | Postthrombotic syndrome with ulcer of right lower extremity |
| I87.012 | Postthrombotic syndrome with ulcer of left lower extremity |
| I87.013 | Postthrombotic syndrome with ulcer of bilateral lower extremity |
| **CHRONIC VENOUS HYPERTENSION OF LOWER EXTREMITY** | |
| I87.311 | Chronic venous hypertension (idiopathic) with ulcer of right lower extremity |
| I87.312 | Chronic venous hypertension (idiopathic) with ulcer of left lower extremity |
| I87.313 | Chronic venous hypertension (idiopathic) with ulcer of bilateral lower extremity |

APP.040

F&A_002584



## Common ICD-10-CM Diagnosis Code Reference

(Continued)

| CODE | DESCRIPTION (These are common codes, not an exhaustive list.) |
|---|---|
| **NON-PRESSURE CHRONIC ULCER OF LOWER LIMB** | |
| L97.311 | Non-pressure chronic ulcer of right ankle limited to breakdown of skin |
| L97.312 | Non-pressure chronic ulcer of right ankle with fat layer exposed |
| L97.321 | Non-pressure chronic ulcer of left ankle limited to breakdown of skin |
| L97.322 | Non-pressure chronic ulcer of left ankle with fat layer exposed |
| L97.411 | Non-pressure chronic ulcer of right heel and midfoot limited to breakdown of skin |
| L97.412 | Non-pressure chronic ulcer of right heel and midfoot with fat layer exposed |
| L97.421 | Non-pressure chronic ulcer of left heel and midfoot limited to breakdown of skin |
| L97.422 | Non-pressure chronic ulcer of left heel and midfoot with fat layer exposed |
| L97.511 | Non-pressure chronic ulcer of other part of right foot limited to breakdown of skin |
| L97.512 | Non-pressure chronic ulcer of other part of right foot with fat layer exposed |
| L97.521 | Non-pressure chronic ulcer of other part of left foot limited to breakdown of skin |
| L97.522 | Non-pressure chronic ulcer of other part of left foot with fat layer exposed |
| L97.811 | Non-pressure chronic ulcer of other part of right lower leg limited to breakdown of skin |
| L97.812 | Non-pressure chronic ulcer of other part of right lower leg with fat layer exposed |
| L97.821 | Non-pressure chronic ulcer of other part of left lower leg limited to breakdown of skin |
| L97.822 | Non-pressure chronic ulcer of other part of left lower leg with fat layer exposed |
| L97.211 | Non-pressure chronic ulcer of right calf limited to breakdown of skin |
| L97.212 | Non-pressure chronic ulcer of right calf with fat layer exposed |
| L97.221 | Non-pressure chronic ulcer of left calf limited to breakdown of skin |
| L97.222 | Non-pressure chronic ulcer of left calf with fat layer exposed |

APP.041

F&A_002585



## Advanced Therapy Documentation Considerations

**Prior to requesting insurance verification or prior authorization from a payer or submitting a claim for an advanced wound healing product, the provider should verify applicable coverage and documentation requirements with the payor.**

**Common criteria and documentation elements required of payors include the following in the patient's medical record:**

- Determine the Medical Necessity
- Duration of ulcer
- Location of ulcer
- Whether the ulcer has failed to respond to conservative measures
- Baseline measurements of the ulcer
- If applicable, describe the treatment of the underlying disease process contributing to the ulcer
- Indicate the appropriate patient diagnosis codes
- Status of the wound, including (as applicable) presence or absence of cellulitis, infection, tunnels, tracts, eschar, or necrotic material
- Extent of the ulcer (e.g., dermis, involvement of tendon, muscle, capsule, or bone, etc.)
- For diabetic foot ulcers, whether the patient exhibits neuropathy
- Evaluation of venous sufficiency / insufficiency ulcers
- Whether the patient is competent, and/or has the support services necessary to participate in follow-up-care

APP.042

F&A_002586



## Claim Forms

**Sample CMS 1500 Paper Claim Form**

# HEALTH INSURANCE CLAIM FORM

APPROVED BY NATIONAL UNIFORM CLAIM COMMITTEE (NUCC) 02/12

PICA | | | PICA

CARRIER

**1. MEDICARE** (Medicare#) [X]  **MEDICAID** (Medicaid#)  **TRICARE** (ID#/DoD#)  **CHAMPVA** (Member ID#)  **GROUP HEALTH PLAN** (ID#)  **FECA BLK LUNG** (ID#)  **OTHER** (ID#)

**1a. INSURED'S I.D. NUMBER** (For Program in Item 1)
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A

**2. PATIENT'S NAME (Last Name, First Name, Middle Initial)**
Doe, John A.

**3. PATIENT'S BIRTH DATE** MM 06 DD 22 YY 1945   **SEX** M [X]  F

**4. INSURED'S NAME (Last Name, First Name, Middle Initial)**
Doe, John A.

**5. PATIENT'S ADDRESS (No., Street)**
123 Street St

**6. PATIENT RELATIONSHIP TO INSURED** Self [X]  Spouse  Child  Other

**7. INSURED'S ADDRESS (No., Street)**
123 Street St

**CITY** Anywhere  **STATE** PA

**8. RESERVED FOR NUCC USE**

**CITY** Anywhere  **STATE** PA

**ZIP CODE** 00000  **TELEPHONE (Include Area Code)** ( 123 ) 456-7890

**ZIP CODE** 00000  **TELEPHONE (Include Area Code)** ( 123 ) 456-7890

PATIENT AND INSURED INFORMATION

**9. OTHER INSURED'S NAME (Last Name, First Name, Middle Initial)**

**10. IS PATIENT'S CONDITION RELATED TO:**

**11. INSURED'S POLICY GROUP OR FECA NUMBER**

**a. OTHER INSURED'S POLICY OR GROUP NUMBER**

**a. EMPLOYMENT? (Current or Previous)** YES  NO [X]

**a. INSURED'S DATE OF BIRTH** MM DD YY  **SEX** M  F

**b. RESERVED FOR NUCC USE**

**b. AUTO ACCIDENT?** YES  NO [X]  PLACE (State)

**b. OTHER CLAIM ID (Designated by NUCC)**

**c. RESERVED FOR NUCC USE**

**c. OTHER ACCIDENT?** YES  NO [X]

**c. INSURANCE PLAN NAME OR PROGRAM NAME**

**d. INSURANCE PLAN NAME OR PROGRAM NAME**

**10d. CLAIM CODES (Designated by NUCC)**

**d. IS THERE ANOTHER HEALTH BENEFIT PLAN?** YES  NO  If yes, complete items 9, 9a, and 9d.

READ BACK OF FORM BEFORE COMPLETING & SIGNING THIS FORM.
**12. PATIENT'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize the release of any medical or other information necessary to process this claim. I also request payment of government benefits either to myself or to the party who accepts assignment below.

SIGNED _____  DATE _____

**13. INSURED'S OR AUTHORIZED PERSON'S SIGNATURE** I authorize payment of medical benefits to the undersigned physician or supplier for services described below.

SIGNED _____

**14. DATE OF CURRENT ILLNESS, INJURY, or PREGNANCY (LMP)** MM DD YY  QUAL

**15. OTHER DATE** QUAL  MM DD YY

**16. DATES PATIENT UNABLE TO WORK IN CURRENT OCCUPATION** FROM MM DD YY  TO MM DD YY

**17. NAME OF REFERRING PROVIDER OR OTHER SOURCE**

**17a.**  **17b. NPI** 123456789

**18. HOSPITALIZATION DATES RELATED TO CURRENT SERVICES** FROM MM DD YY  TO MM DD YY

**19. ADDITIONAL CLAIM INFORMATION (Designated by NUCC)**
INV $18,735.20 1-Impax Amniotic Membrane (Q4262) 4cm x 4cm

**20. OUTSIDE LAB?** YES  NO  **$ CHARGES**

**21. DIAGNOSIS OR NATURE OF ILLNESS OR INJURY Relate A-L to service line below (24E)** ICD Ind.
A. XXX.XX  B. XXX.XX  C.  D.
E.  F.  G.  H.
I.  J.  K.  L.

**22. RESUBMISSION CODE**  **ORIGINAL REF. NO.**

**23. PRIOR AUTHORIZATION NUMBER**
123456

PHYSICIAN OR SUPPLIER INFORMATION

| 24. A. DATE(S) OF SERVICE From MM DD YY — To MM DD YY | B. PLACE OF SERVICE | C. EMG | D. PROCEDURES, SERVICES, OR SUPPLIES CPT/HCPCS — MODIFIER | E. DIAGNOSIS POINTER | F. $ CHARGES | G. DAYS OR UNITS | H. EPSDT Family Plan | I. ID. QUAL | J. RENDERING PROVIDER ID. # |
|---|---|---|---|---|---|---|---|---|---|
| 07 15 18 07 15 18 | 11 | | Q4262 | | $XXX XX | 16 | | NPI | |
| 07 15 18 07 15 18 | 11 | | 15275 | | $XXX XX | 1 | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |
| | | | | | | | | NPI | |

**25. FEDERAL TAX I.D. NUMBER** 01-2345678  SSN  EIN

**26. PATIENT'S ACCOUNT NO.** 01234567890

**27. ACCEPT ASSIGNMENT? (For govt. claims, see back)** YES  NO

**28. TOTAL CHARGE** $

**29. AMOUNT PAID** $

**30. Rsvd for NUCC Use**

**31. SIGNATURE OF PHYSICIAN OR SUPPLIER INCLUDING DEGREES OR CREDENTIALS** (I certify that the statements on the reverse apply to this bill and are made a part thereof.)

SIGNED _____  DATE _____

**32. SERVICE FACILITY LOCATION INFORMATION**

**33. BILLING PROVIDER INFO & PH #** ( )

NUCC Instruction Manual available at: www.nucc.org  **PLEASE PRINT OR TYPE**  APPROVED OMB-0938-1197 FORM 1500 (02-12)

APP.043

F&A_002587



## Claim Forms

**Insurance Verification Request Form**

### Patient Insurance Verification and Prior Authorization Request Form

LEGACY MEDICAL CONSULTANTS

❑ New patient    ❑ Re-verification    ❑ Additional applications    ❑ New insurance

Sales representative name _____

#### Patient and Insurance Information

| Patient name | Date of birth | | |
|---|---|---|---|
| Address | City | State | Zip |

Is the patient currently residing in a skilled nursing facility?  ❑ Yes  ❑ No    If yes, is the patient covered under a Part A stay?  ❑ Yes  ❑ No

**If patient is currently under a surgical global period, please indicate date and procedure completed**

| Procedure (CPT) code(s) | | Date of procedure | |
|---|---|---|---|
| Primary insurance | Policy # | Payer phone | |
| Secondary insurance | Policy # | Payer phone | |
| Tertiary insurance | Policy # | Payer phone | |
| Workers comp claim # | Adjuster name | Adjuster phone | |

#### Physician and Facility Information

| Physician name | Physician specialty | |
|---|---|---|
| NPI # | Medicare (PTAN) provider # | |
| Tax ID | Medicaid provider # | |
| Office contact | Phone | Fax |

**Treating facility place of service (POS)**
❑ Hospital-based outpatient wound department (HOPD – POS 22)    ❑ Ambulatory surgery center (ASC – POS 24)
❑ Physician office (POS 11)
❑ Other (please specify, e.g. critical access hospital or POS 19 off-campus) _____

| Facility name | | | |
|---|---|---|---|
| Facility address | City | State | Zip |
| NPI # | Tax ID | | |

Medicare contractor (MAC) and Provider ID (PTAN) for claims processing

#### Product and Treatment Information

Product:  ❑ (Q4253) Zenith    ❑ (Q4262) Impax    ❑ (Q4268) SurGraft FT    ❑ (Q4276) Orion

Application codes: 15271 – 15274 for wounds on the trunks, arms, and/or legs
15275 – 15278 for wounds on the face, scalp, eyelids, mouth, neck, ears, orbits, genitalia, hands, feet, and/or multiple digits

| Anticipated treatment start date | Number of applications | Frequency |
|---|---|---|
| Total surface area of all wounds | | |

| Diabetic foot ulcer | Venous leg ulcer | Pressure ulcer or chronic wound | Other |
|---|---|---|---|
| E code | I code | L code | |
| L code | L code | | |

*I certify I have obtained a valid authorization under applicable law from the patient listed on this form (a) permitting me to release the patient's protected health information to Legacy Medical and its contractors to research insurance coverage regarding Legacy Medical products, and to provide me with reimbursement assistance services regarding such products; and (b) authorizing the payer to disclose PHI to Legacy Medical and its contractors for the purposes of determining benefit coverage.*

| Provider signature | Date |
|---|---|

### Please send form along with a copy of the front and back of patient's insurance card to sunderwood@prodatamgmt.com or fax to (866) 205-0732.

If further assistance is needed, please contact IVR Support Team at (919) 249-7293 for additional support.

Disclaimer: Legacy Medical offers insurance verification as an information service only. Information gathered during the requested research will be provided by the insurer or third-party payer. Results of this research are not a guarantee of coverage or reimbursement in the future. Legacy Medical disclaim liability for payment of any claims, benefits, or costs.

LEGACY MEDICAL CONSULTANTS

APP.044

F&A_002588



## Coverage Summary

**Skin Substitute Graft Procedures**

The coverage landscape for Skin Substitute Graft Procedures varies by insurance carrier. Please review policies for all payors on a regular basis for updates and changes. Coverage defines what medical technologies, services, and procedures a health plan will reimburse, and generally varies by payor. Private health plans, as well as Medicare, may vary in their consideration of coverage for a particular technology or procedure. Further, the patient's individual benefit plan will delineate what items and services may be covered by the health plan.  It is the provider's and patient's responsibility to verify coverage based upon the patient's health plan, individual plan benefit, and applicable medical necessity criteria.

Case by case pre-authorization approval should be considered following specific payor guidelines for the pre-authorization and appeal process.  Please check and confirm the insurer's specific medical policies and pre-authorization guidelines to help facilitate the attainment of coverage. Pre-authorization signifies that the health plan has given a preliminary approval of treatment for that individual patient before the procedure has occurred. Final approval and reimbursement is only provided after the pre-authorized service is delivered, required documentation completed, and submission of the claim for adjudication by the health plan.

## Glossary of Reimbursement Terms

**Medicare Area Contractors (MAC):** The Centers for Medicare and Medicaid Services (CMS) contracts with regional Medicare Area Contractors (MACs) to administer the Medicare program. Each MAC establishes its own set of guidelines for the coverage of services. Coverage guidelines are published by each MAC as a Local Coverage Determination (LCD).

**Coinsurance/Deductibles:** Medicare reimburses 80 percent of the allowable amount for most items and services covered under Medicare Part B, including those related to wound care provided in the outpatient setting. The patient, or secondary/supplemental plan, is responsible for the remaining 20 percent coinsurance amount. The appropriate annual deductibles also apply.

**APC:** Ambulatory Payment Classification

**Fee for Service:** Medicare reimburses physician offices for Impax Amniotic Membrane as a fee-for-service for separate services provided. Products are reimbursed when purchased by the provider and incident to the physician service. CMS lists for Impax Amniotic Membrane reimbursement rates on their quarterly ASP Pricing File. CMS requires qualified healthcare providers to bill using the appropriate HCPCS and CPT codes and to accurately report the units of service.

**Physician Office (Place of Service – 11):** The physician office is defined as a location other than a hospital, skilled nursing facility (SNF), military treatment facility, community health center, state, or local public health or intermediate care facility (ICF), where the health professional routinely provides health examinations, diagnosis and treatment of illness or injury on an ambulatory basis.

**Ulcer Size:** Determining the wound location and surface area is important in order to select the appropriate CPT and ICD-10 codes. Wound size, as measured according to acceptable practice standards, should be documented in the medical record weekly, including the Length (L), Width (W) and Depth (D) in cm. Initial coverage is typically based on documentation that the wound is not improving, or reducing in size over time, and has become a chronic ulcer.

APP.045

F&A_002589



## Supportive Literature

**The following literature links may provide additional information about the use of Impax Amniotic Membrane acellular amnion fluid or dehydrated amniotic membrane allograft to support medical necessity.**

- Litwiniuk, Malgorzata and Tomasz Grzela. "Amniotic membrane: new concepts for an old dressing". *Wound Repair and Regeneration* 22.4 (2014): 451-456. Access at: https://onlinelibrary.wiley.com/doi/full/10.1111/wrr.12188

- Haugh AM, Witt JG, Hauch A, et al. Amnio Membrane in Diabetic Foot Wounds: A Meta-analysis. *Plastic and Reconstructive Surgery Global Open.* 2017; 5(4):e1302. Access at: http://dx.doi.org/10.1097/GOX.0000000000001302

- Zelen CM, "An Evaluation of Dehydrated Human Amniotic Membrane Allografts in Patients with DFUs" *J Wound Care* 2013 Jul: 22(7):347-8, 350-1.

- Guo X, Mu D, Gao F. "Efficacy and Safety of acellular dermal matrix in diabetic foot ulcer treatment: A systematic review and meta-analysis. *Int J Surg.* 2017 Apr; 40:1-7 Access at: https://www.ncbi.nlm.nih.gov/pubmed/28232031

- Cazzell S, Vayser D. A Randomized Clinical Trial of a Human Acellular Dermal Matrix Demonstrated Superior Healing Rates for Chronic Diabetic Foot Ulcers Over Conventional Care Access at: Access at: https://www.ncbi.nlm.nih.gov/pubmed/28544150

- Cornwell KG, Landsman A. Extracellular Matrix Biomaterials for Soft Tissue Repair. *Clin Podiatric Med Surg.* 2009; Oct; 26(4): 507-23. Access at: https://www.ncbi.nlm.nih.gov/pubmed/19778685

### Resources for Impax Amniotic Membrane Technology Support

The following resources can provide support when preparing a pre-authorization for the Impax Amniotic Membrane skin substitute graft procedure when performed in the office, outpatient or surgery center setting of care.

These resources have been referenced in this guide and can be provided when required.

- Impax Amniotic Membrane Product Brochures
- Instructions for Use (IFU)

### For ICD-10-CM/PCS code mappings access the following links:

- http://www.cms.gov/Medicare/Coding/ICD10/2018-ICD-10-PCS-and-GEMs.html
- http://www.cms.gov/Medicare/Coding/ICD10/2018-ICD-10-CM-and-GEMs.html

### The following links can also provide information to assist providers when procedures and technologies are considered for reimbursement.

- AMA CPT Code Search Tool
- Medicare Physician Fee Schedule Look-up Tool
- American Association of Tissue Banks (AATB)
- National Association of Insurance Commissioners (NAIC) Homepage
- OMHA ALJ Appeal Status Information System (AASIS)

APP.046

F&A_002590



## Documentation Support

**The information in the following pages must be requested from the clinician directly to the reimbursement department.**

### Documentation Support for Prior Authorization

Documentation of a patient's history, conservative therapies and reason for any service or procedure is the key to a positive reimbursement scenario. When a skin substitute graft procedure is indicated by the physician, the patient's medical record should clearly state the reason for the procedure as well as the outcomes and recommended therapies to follow. This documentation will support claim review and pre-authorization alike. Follow-up or staged procedures will depend on the initial documentation to support medical necessity. The following general documentation guidelines should be followed for all payors.

### Clinical notes should contain the following details:

- Reason for the procedure based on physical exam
- All conservative therapies previously used in the treatment of the current disease
- Specific reason why this treatment is indicated for this patient
- Anticipated outcomes
- Recommended therapies or treatments

### Operational and office visit notes might include the following:

- History of patient encounters including conservative therapies
- Current diagnosis or history of disease state
- Details of findings on exam
- Reason for procedure relevant to condition
- Usual details of procedure
- Explanation of technology specific to Impax Amniotic Membrane
- Findings and any anticipated further treatments

A letter of medical necessity (LMN) may be required for pre-authorization of a skin substitute graft procedure or for supporting documentation following a request for a claim review. Details of the LMN should include the items on the checklist above. An example LMN is provided in the following section of this guide.

APP.047

F&A_002591



## Pre-Authorization

### Pre-Authorization Overview

In order to facilitate coverage access for a proposed procedure, the physician may request a pre-authorization from the patient's private insurance carrier. Some health plans require pre- authorization for all surgical procedures. Requesting pre-authorization may only involve a simple contact by the physician's office to verify benefits and acquire an approval number to submit with the claim. Alternatively, pre-authorization may require that the physician provide more substantive information about the case. To prepare a pre-authorization request that requires additional information beyond basic coding, the physician's staff must provide technical information about the procedure and the unique technology involved. The treating physician must also establish the medical necessity for the procedure, as it applies to the specific patient.

**Typically, the pre-authorization process and/or appeal process may require submitting some or all of the following documentation:**

- Patient clinical notes, including documentation of prior conservative care
- Supporting technical information in the form of the FDA registration letter, peer- reviewed clinical literature, clinical trial information and other available technical resources
- Description of the technology and its use in this patient's case
- Description of medical necessity of the procedure for the specific patient

APP.048

F&A_002592



## Pre-Authorization

**Impax Amniotic Membrane Pre-Authorization/LMN – Example Letter**

PRE-AUTHORIZATION/LETTER OF MEDICAL NECESSITY

*Providers, please note: Coverage requirements will typically vary by payor. Therefore, physicians may seek pre-authorization for the procedure, during which time health plans will determine whether the procedure is covered as described in the pre-authorization submission. Providers should select the procedure, diagnosis, and technology coding that best represents each patient's medical condition and treatment and should reflect the services and products that are medically necessary for the treatment of that patient. Providers must ensure that all statements made to insurance carriers are true and correct.*

[DATE]
[NAME OF INSURANCE COMPANY]
[ATTN:]
[FAX #:]

**RE:**    [PATIENT NAME]
[INSURANCE IDENTIFICATION NUMBER]
[REFERENCE #:]
[PRIMARY CPT CODE:]
[PRIMARY DX:]

Dear Utilization Review Manager:

On behalf of my patient, [PATIENT NAME], this letter serves as a pre-authorization request and provides clinical information on this patient's condition. It also serves as a formal request for coverage by [INSURANCE COMPANY] for the medically necessary health care services captioned above. This letter and its supporting documents will provide you with a better depiction of this patient's clinical history and this patient's need for the [IMPAX AMNIOTIC MEMBRANE SKIN SUBSTITUTE GRAFT PROCEDURE]. It is my sincere hope that this additional information will inform your decision to approve this surgery.

*Description of Procedure:* [PHYSICIAN INSERTS DETAILED PROCEDURE DESCRIPTION INCLUDING THE USE OF THE IMPAX AMNIOTIC MEMBRANE SKIN SUBSTITUTE GRAFT].

*Skin Substitute Description:* Impax Amniotic Membrane is a dehydrated amniotic membrane allograft intended to be used for homologous use to cover a recipient's tissue. It provides an adhesion barrier for adjacent soft tissues and promotes wound healing. Impax Amniotic Membrane is ready to use and is available in various sizes for improved handling, delivery and optimal coverage.

Key Benefits of Impax Amniotic Membrane Skin Graft Substitute:
- Amniotic membrane expresses immune-privileged antigens
- An immune tolerant graft with negligible risk of foreign body reaction
- Limits the expression of inflammatory cytokines
- Reduces fibrosis, scarring and post-operative pain.

*Patient's Clinical Need for the* [IMPAX AMNIOTIC MEMBRANE] *Skin Substitute Graft Procedure:* [PATIENT NAME] is a [AGE] [GENDER] who presented to me with [DESCRIBE SYMPTOMS WITH SPECIFICITY]. Prior treatments have included [DESCRIBE CONSERVATIVE CARE, USE OF MEDICATIONS, PRIOR TREATMENTS, and PHYSICAL AIDS].

In a discussion with [INSERT MR/MS] following an exam, a decision was made to move forward with a skin substitute graft procedure. The amniotic and placental properties of [IMPAX AMNIOTIC MEMBRANE SKIN SUBSTITUTE GRAFT] allows for easy application, making it a flexible, dependable option for wound and soft tissue healing for my patient.

Should you have further questions or concerns, please do not hesitate to call me at [INSERT PHYSICIAN TELEPHONE NUMBER]. Thank you for your immediate attention and anticipated authorization of these services for your insured.

Sincerely,

[PHYSICIAN NAME], [DEGREE]

APP.049

F&A_002593



## Plan Denial Appeal Process

**Plan Denial Appeal Process Overview**

When a third-party health plan denies a procedure in accordance with their medical policy guidelines, there is a process available to appeal that decision. Insurance carriers provide this check and balance to allow for reconsideration of the decision per their plan provisions and applicable state regulations. The process will vary depending on the plan and regulatory requirements; however, there are basic steps that can assist the provider in appealing the initial denial.

**To present an effective appeal, follow these steps:**

1. Carefully review the denial reason and understand the specific health plan's policy.
2. Write an appeal letter clearly addressing the specific denial reasons.
3. Provide supporting information including product details and FDA registration; and
4. Submit the appeal on time.

**The following additional considerations may be helpful:**

1. If the health plan is self-funded (employer based), patients can contact their Human Resources (HR) department to assist in the patient's appeal of the decision. HR departments may have contacts within the health plan that can provide helpful support.
2. The patient can contact the health plan directly and is the policyholder with an influence on the decision.
3. There are multiple steps in the appeal process and providers and patients may exercise these rights according to their third-party payor and state guidelines.

**Writing the Appeal Letter**

When appealing a denial, the first step is often composing a letter to the health plan that initially reviewed the case. This letter is submitted by the provider on behalf of the patient, with the patient's approval, and should outline the reasons the denial should be overturned.

Detailed information regarding the denial reason should be prepared utilizing the case specific information in the denial, as well as the more general technology specific information and supporting clinical literature.

**First, collect all the information required to support the appeal:**

- Denial letter
- Health plan contracts and provider agreements
- Applicable medical policy guidelines from the health plan (website access is often a good resource for general policy)
- Literature supporting the technology
- FDA registration letter
- Safety and effectiveness documentation
- Peer-reviewed literature references (when available)

**In drafting an appeal letter, consider the following:**

- Did the reviewer overlook a case specific detail?
- Does the health plan clearly understand the procedure?
- Was the information provided about the case correctly submitted?
- Review the plan's official policy online for more detailed understanding of the denial reason

APP.050

F&A_002594



## Plan Denial Appeal Process

**Impax Amniotic Membrane PA Denial Appeal – Example Letter**

IMPAX AMNIOTIC MEMBRANE PRE-AUTHORIZATION APPEAL LETTER

*Providers, please note: Despite the filing of a pre-authorization request, certain commercial health plans may still elect not to cover or grant pre-authorization for this procedure without further information and clinical evidence supporting its use. Should pre-authorization be denied, the physician requesting coverage should immediately file a written appeal with the health plan and request reconsideration of the coverage decision. When requesting a pre-authorization appeal it is important to remember that payors may require all elements of a procedure to be pre-authorized per their payor guidelines. To assist you, the following example is offered as a starting point for your pre-authorization denial appeal and reconsideration request.*

[DATE]
[NAME OF INSURANCE
COMPANY] [ATTN:]
[FAX #:]

**RE:**     [PATIENT NAME]
            [INSURANCE IDENTIFICATION
            NUMBER] [REFERENCE #:]
            [PRIMARY
            CPT CODE]
            [PRIMARY DX
            CODE]

Dear Utilization Review Manager:

Please accept this letter on behalf of [PATIENT NAME], as an appeal to [INSURANCE COMPANY]'s decision to deny coverage for the recommended [PROCEDURE]. It is my understanding, per [INSURANCE COMPANY]'s denial letter dated [INSERT DENIAL LETTER DATE], that this procedure has been denied because [REASON FOR DENIAL].

I respectfully request that [INSURANCE COMPANY] reconsider its denial and provide authorization for this treatment option. I believe this denial was made in error. This letter and its supporting documents will provide you with a better depiction of this patient's clinical history and this patient's need for the [IMPAX AMNIOTIC MEMBRANE SKIN SUBSTITUTE GRAFT PROCEDURE]

**Description of Procedure:** [PHYSICIAN INSERTS DETAILED PROCEDURE DESCRIPTION INCLUDING THE USE OF THE [IMPAX AMNIOTIC MEMBRANE SKIN SUBSTITUTE GRAFT PROCEDURE]

**Skin Substitute Description:** Impax Amniotic Membrane is a dehydrated amniotic membrane allograft intended to be used for homologous use to cover a recipient's tissue. It provides an adhesion barrier for adjacent soft tissues and promotes wound healing.

Impax Amniotic Membrane is ready to use and is available in various sizes for improved handling, delivery and optimal coverage. The strength of the allograft allows for suturing in place and no bulk at the surgical site.

Key Benefits of Impax Amniotic Membrane Skin Graft Substitute:
- Amniotic membrane expresses immune-privileged antigens
- An immune tolerant graft with negligible risk of foreign body reaction
- Limits the expression of inflammatory cytokines
- Contain large amounts of hyaluronic acid that entrap inflammatory cells.

[IMPAX AMNIOTIC MEMBRANE] is regulated by the U.S. Food and Drug Administration (FDA) as a human skin tissue under its Human Cells, Tissues, and Tissue-Based Products (HCT/P) guidelines, subject to Section 361 of the Public Health Service Act and 21 CFR 1270 and 1271.

(continued on next page)

APP.051

F&A_002595



## Plan Denial Appeal Process

**Impax Amniotic Membrane PA Denial Appeal – Example Letter (continued)**

[IMPAX AMNIOTIC MEMBRANE] is an appropriate clinical option in the treatment of chronic, non-infected, partial or full thickness diabetic lower extremity ulcers; chronic, non-infected, full thickness diabetic lower extremity skin ulcers due to venous insufficiency which have not adequately responded following conventional ulcer therapy; second- or third-degree burns.

Please consider the following references in support of [IMPAX AMNIOTIC MEMBRANE] procedures:

- Litwiniuk, Malgorzata and Tomasz Grzela. "Amniotic membrane: new concepts for an old dressing". *Wound Repair and Regeneration* 22.4 (2014): 451-456. Access at: https://onlinelibrary.wiley.com/doi/full/10.1111/wrr.12188

- Haugh AM, Witt JG, Hauch A, et al. Amnio Membrane in Diabetic Foot Wounds: A Meta-analysis. *Plastic and Reconstructive Surgery Global Open.* 2017; 5(4):e1302. Access at: http://dx.doi.org/10.1097/GOX.0000000000001302

- Zelen CM, "An Evaluation of Dehydrated Human Amniotic Membrane Allografts in Patients with DFUs" J Wound Care 2013 Jul: 22(7):347-8, 350-1.

***Patient's Clinical Need for the*** [IMPAX AMNIOTIC MEMBRANE]
***Skin Substitute Graft Procedure:*** [PATIENT NAME] is a [AGE] [GENDER] who presented to me with [DESCRIBE SYMPTOMS WITH SPECIFICITY]. Prior treatments have included [DESCRIBE CONSERVATIVE CARE, USE OF MEDICATIONS, PRIOR TREATMENTS, and PHYSICAL AIDS].

To assist in your reconsideration of this patient's clinical need for the intended procedure, a copy of the relevant clinical notes that support use of the [IMPAX AMNIOTIC MEMBRANE SKIN SUBSTITUTE GRAFT] is enclosed to support you with your decision to overturn your initial denial of coverage for these services. It is my sincere hope that [INSURANCE COMPANY] will respond with a positive decision so that [PATIENT NAME] can benefit from the results of this procedure. Should you have further questions or concerns, please do not hesitate to call me at [INSERT PHYSICIAN TELEPHONE NUMBER].

Thank you for your immediate attention and reconsideration.

Sincerely,

[PHYSICIAN NAME],
[DEGREE] [PRACTICE

APP.052

F&A_002596



### References

1. CMS Manual for that detail Section 20.1.3: https://www.cms.gov/Regulations-and-Guidance/Guidance/Manuals/Downloads/clm104c17.pdf
2. 312> AMA CAT® Professional
3. https://www.cms.gov/medicaremedicare-fee-service-paymentphysicianfeeschedpfs-federal-regulation-notices/ems-1734-p

CPT® is a registered trademark of the American Medical Association®.

## For more details, please contact our corporate office



**LEGACY MEDICAL**
CONSULTANTS

(817) 961-1288
www.legacymedicalconsultants.com
info@legacymedicalconsultants.com

LMC1001 REVC 01/24

APP.053

F&A_002597

# EXHIBIT B

| From: | Alex Poulemanos <Alex@legacymedicalconsultants.com> |
|---|---|
| Sent: | Thursday, April 18, 2024 12:43 PM CDT |
| To: | Wendy Molina <Wendy@footnankledoc.com> |
| CC: | Joseph Frustaci <joseph@advancedmedicaladministration.com> |
| Subject: | Assurance Program |
| Attachments: | Benefit Verification Assurance Program - Updated (1).pdf |

Wendy,

Please see the attached Assurance Program as discussed. I am happy to discuss at any time.

Thanks!

Alex Poulemanos

Director of National Contracts

***Legacy Medical Consultants***

702-575-1933

APP.055

F&A_002937

### Benefit Verification Assurance Program

**Legacy Medical Consultants Medical Assurance of Benefit Verification and Prior Authorization Program (the "Program") for Legacy Amniotic Membranes**

**Program Enrollment:**
To enroll in the Program, the Provider must first complete steps 1-2.

1. Go through the Insurance Verification Request process
2. Go through Assurance of Benefit Verification and Prior Authorization Program steps below.

**Program Summary:**
In the event a third party payor or Medicare denies coverage due **solely** to an error made by Reimbursement Support Center in researching and summarizing whether and under what circumstances and criteria (e.g. prior authorization, FDA-approved use, etc.) product is covered by the patient's insurance, Legacy Medical Consultants will credit the Provider for Provider's actual costs paid for Legacy Amniotic Membranes in treating such patient, subject to the eligibility criteria and conditions/limitations of the Program below.

**Eligibility Criteria:**
In order to be eligible for a credit under the Program:

1) the Provider must have used the Reimbursement Support Center prior to use of the product on the patient.

2) the Provider must have provided the Reimbursement Support Center complete and accurate patient information on the Benefits Verification Request Form for each date of service;

3) the Reimbursement Support Center must have verified the patient's benefits with his/her insurance and obtained prior authorization on behalf of the Provider for the use of Legacy Amniotic Membranes for the patient, if such prior authorization is required by the patient's insurance;

4) the Provider's use of Legacy Amniotic Membranes for the patient must have been fully compliant with all of the patient's insurance and documentation criteria; and

5) the Provider must notify the Reimbursement Support Center of the third-party payor's denial of coverage within six months from the corresponding patient's procedure date and provide Reimbursement Support Center with all documentation related to such denial of coverage and as otherwise requested by the Reimbursement Support Center to evaluate coverage under the Program.

APP.056

F&A_002938

Legacy Medical Consultants does not, in any way, guarantee reimbursement for its products. However, Legacy Medical Consultants' Assurance of Benefit Verification and Prior Authorization can be utilized by a Provider to obtain a credit for its actual costs paid in acquiring the Legacy Amniotic Membranes for a patient if denied by a third party payor or Medicare due **solely** to an error made by the Reimbursement Support Center, subject to the eligibility criteria and conditions/limitations set forth in this policy.

**Additional Conditions/Limitations:**

- The claim and EOB must be submitted to the Reimbursement Support Center for review.
- First level of appeal must be filed within insurance requirements
- Denial of appeal from payers needs to be sent to Reimbursement Support Center.
- Provider must comply with all requirements related to the reporting of any refund to the appropriate government or third-party payer.
- All Medicaid cases (primary and secondary) are excluded from this Program.
- The Program is limited to cases that are on label and in accordance with the conditions of coverage notes in the applicable local coverage determinations (LCD's) and medical policies for Legacy Amniotic Membranes.
- Any credit issued to Provider is limited to the price actually paid for the product. In no event will Legacy Medical Consultants cover any additional patient care expenses or costs related to therapy.

For more information about the Assurance on Benefit Verification and Prior Authorization Program, including how to apply for a refund under the Program, contact the Reimbursement Support Center at reimbursement@legacymedicalconsultants.com.

Sincerely,

**Brian M Rowan**
*Vice President of Sales*
**Legacy Medical Consultants**
9800 Hillwood Pkwy, #320
Fort Worth, TX 76177
702.358.3860 (Cell)
Brian@LegacyMedicalConsultants.com



LEGACY MEDICAL
CONSULTANTS

APP.057

F&A_002939